of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ALICE NIELSEN, Respondent, v. LEROY RAY STODDARD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EIGHTY-FIVE PARK AVENUE CORPORATION, Appellant, v. AMERICAN UNIVERSITY CLUB OF NEW YORK, Impleaded, etc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ALICE CASTREE WILLIAMS and ARCHIBALD A. GULICK, etc., under the Last Will and Testament of JOHN M. DODD, Deceased, and the Application of Said Accounting Parties for a Construction of Said Last Will and Testament of Said JOHN M. DODD, Deceased. FREDERICK LANGDON DODD and GERTRUDE DODD LETHBRIDGE, Appellants; ALICE CASTREE WILLIAMS and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the NEW YORK INDEMNITY COMPANY, Respondent. INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Appellant, DAVID E. WOLF, Claim No. CO-224 N. Y., Claimant, Appellant. —Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse.

VIVIAN KIRKBRIDE, Respondent, v. GILBERT H. VAN NOTE, Administrator, etc., of JAMES D. KIRKBRIDE, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

VIVIAN KIRKBRIDE, Respondent, v. GILBERT H. VAN NOTE, Administrator, etc., of JAMES D. KIRKBRIDE, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

VIVIAN KIRKBRIDE, Respondent, v. GILBERT H. VAN NOTE, Administrator, etc., of JAMES D. KIRKBRIDE, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ELMER C. HANSEN and Others, Petitioners, Appellants, against JAMES E. FINEGAN, President, and Others, Members of and Constituting the Municipal Civil Service Commission of the City of New York and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.